IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RALPH J. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  05-cv-4001-JPG |
| ) | |
| OLIN CORPORATION et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff Ralph J. Davis's claims in this case against defendant Olin Corporation are **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Ralph J. Davis's claims in this case against defendant United Steel Workers of America are **DISMISSED with prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Ralph J. Davis's claims in this case against defendant Primex Technologies are **DISMISSED with prejudice**;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Ralph J. Davis's claims in this case against defendant General Dynamics are **DISMISSED with prejudice.**

**DATE: December 16, 2005**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:     /s/ J. Phil Gilbert**
              **J. Phil Gilbert**
              **U.S. District Judge**